**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL JAMES PRATT,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No.  2:20-CV-2183-DMC<br><br><br>ORDER |

     Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  A review of the docket reflects that defendant has been served.  See ECF No. 4.  Pursuant to Eastern District of California General Order 615, this action is stayed pending filing of the Certified Administrative Record by defendant.  Once filed, the stay will be lifted and the Court will set a schedule for the case.

     IT IS SO ORDERED.

Dated:  December 23, 2020

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE