PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (510) 970-4823
      Facsimile: (415) 744-0134
      E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL JAMES PRATT,<br><br>      Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | 2:20-cv-02183-DMC<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Michael James Pratt [Plaintiff] be awarded attorney fees and expenses in the amount of eleven thousand dollars ($11,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by Jared Walker (counsel) in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will

1  depend on whether the fees are subject to any offset allowed under the United States Department

2  of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will

3  determine whether they are subject to any offset.

4         Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines

5  that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees,

6  expenses and costs to be made directly to counsel, pursuant to the assignment executed by

7  Plaintiff.  Any payments made shall be delivered to counsel.

8         This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

9  attorney fees, and does not constitute an admission of liability on the part of Defendant under the

10  EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and

11  bar to, any and all claims that Plaintiff and/or counsel may have relating to EAJA attorney fees in

12  / / /

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27

28

connection with this action.  This award is without prejudice to the rights of counsel to seek

Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause

provisions of the EAJA.

                                        Respectfully submitted,

Dated:  April 14, 2022                  */s/ Jared Walker by Chantal R. Jenkins*
                                        Law Office of Jared T. Walker, PC
                                        *As authorized *via* email on December 27, 2021
                                        Jared Walker
                                        Attorney for Plaintiff

Dated:  April 14, 2022                  PHILLIP A. TALBERT
                                        United States Attorney
                                        PETER K. THOMPSON
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration


                          By:     */s/ Chantal R. Jenkins*
                                  CHANTAL R. JENKINS
                                  Special Assistant United States Attorney




                                ORDER


APPROVED AND SO ORDERED:


        Dated:  April 19, 2022
                                        _____
                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE

3